# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 16-00899 JVS (8:15bk13561ES) | Date | June 23, 2016 |
|---|---|---|---|
| Title | IN RE Andre M. Arriola: Andre Mark Arriola v. Specialized Loan Servicing, LLC | | |

| Present: The Honorable | JAMES V. SELNA,   U.S. DISTRICT JUDGE |
|---|---|

| Karla J. Tunis | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      [IN CHAMBERS]   **ORDER TO SHOW CAUSE RE DISMISSAL**

The Court, having received Appellee's Notice of Dismissal filed June 15, 2016, ORDERS the Appellant to Show Cause, in writing, not later than Friday, July 8, 2016, why this action should not be dismissed as moot.

**CC: Bankruptcy Court - Santa Ana**

|  | : | 0 |
|---|---|---|
| Initials of Preparer | kjt | |